# EXHIBIT 2

Ex 2. SEIUTX-G2 Aug emails.pdf

**From:** Manuel Quinto-Pozos mqp@ddollaw.com
**Subject:** Re: SEIU Texas
**Date:** September 2, 2025 at 2:06 PM
**To:** Chris Elliott CElliott@G2SecureStaff.com



Hello again,

I'll be available at 11:30 CT tomorrow. Thank you and talk to you then.

Manuel Quinto-Pozos (he/him/él)
Deats Durst & Owen PLLC
8140 N. Mopac Expy, Suite 4-250
Austin, Texas 78759
737-205-1024 (direct) / 512-474-6200 x 1003

> On Sep 2, 2025, at 11:39 AM, Manuel Quinto-Pozos <mqp@ddollaw.com> wrote:
>
> Hello Chris,
>
> I already have a call at 11:00. Let me see if it will end by 11:30 and I will confirm for you.
>
> Best,
>
> Manuel Quinto-Pozos (he/him/él)
> Deats Durst & Owen PLLC
> 8140 N. Mopac Expy, Suite 4-250
> Austin, Texas 78759
> 737-205-1024 (direct) / 512-474-6200 x 1003
>
>> On Sep 2, 2025, at 11:30 AM, Chris Elliott <CElliott@G2SecureStaff.com> wrote:
>>
>> Manuel,
>>
>> My apologies for the unexpected availability last week. As you may have heard, our company just sold and the transaction became final last week, which resulted in unexpected meetings/travel.
>>
>> I'm available for a call tomorrow at 11:30cst. If that works, please let me know and I'll send an invite.
>>
>> Thanks,
>>
>> Get Outlook for iOS
>>
>> **From:** Manuel Quinto-Pozos <mqp@ddollaw.com>
>> **Sent:** Tuesday, September 2, 2025 11:22:44 AM
>> **To:** Chris Elliott <CElliott@G2SecureStaff.com>
>> **Subject:** Re: SEIU Texas
>>
>>> **Caution:** This is an external email and may be malicious. Please confirm the email address/domain before replying, opening any attachments or URLs. If you have any questions please send an email to ITSupport@g2securestaff.com.
>>
>> Chris,
>>
>> I called you at the time you said you were available and left you a voicemail. Unfortunately, I have not heard back from you.
>>
>> Given the lack of response or progress, I am going to contact Dana Eischen, who was previously selected by mutual agreement between the parties to be part of the System Board of Adjustment. We'll go from there.
>>
>> Respectfully,
>>
>> Manuel Quinto-Pozos (he/him/él)

Ex 2. SEIUTX-G2 Aug emails.pdf

Manuel Quinto-Pozos (he/him/él)
Deats Durst & Owen PLLC
8140 N. Mopac Expy, Suite 4-250
Austin, Texas 78759
737-205-1024 (direct) / 512-474-6200 x 1003

> On Aug 25, 2025, at 1:56 PM, Manuel Quinto-Pozos <mqp@ddollaw.com> wrote:
>
> Hello Chris,
>
> This morning got away from me. I can talk tomorrow between 10 and noon CT. You're still at 214.470.5693?
>
> Thanks,
>
> Manuel Quinto-Pozos (he/him/él)
> Deats Durst & Owen PLLC
> 8140 N. Mopac Expy, Suite 4-250
> Austin, Texas 78759
> 737-205-1024 (direct) / 512-474-6200 x 1003
>
>> On Aug 22, 2025, at 6:59 PM, Chris Elliott <CElliott@G2SecureStaff.com> wrote:
>>
>> Manuel,
>>
>> I can do Monday or Tuesday between 10am cst and 2pm cst. Let me know if that works for you.
>>
>> Thanks,
>>
>> Get Outlook for iOS
>>
>> **From:** Manuel Quinto-Pozos <mqp@ddollaw.com>
>> **Sent:** Wednesday, August 20, 2025 1:39:27 PM
>> **To:** Chris Elliott <CElliott@G2SecureStaff.com>
>> **Subject:** SEIU Texas
>>
>> Caution: This is an external email and may be malicious. Please confirm the email address/domain before replying, opening any attachments or URLs. If you have any questions please send an email to ITSupport@g2securestaff.com.
>>
>> Hello Chris,
>>
>> Can we set up a time this week or next week to discuss the pending arbitration matters involving SEIU Texas? When are you available?
>>
>> Best,
>> Manuel

Ex 2. SEIUTX-G2 Aug emails.pdf

Ex 2. SEIUTX-G2 Aug emails.pdf