# EXHIBIT 3

Ex 3. SEIUTX-G2 Sept Emails_Redacted.pdf

**From:** Chris Elliott CElliott@g2securestaff.com
**Subject:** Re: List of pending SEIU Texas arbitration matters
**Date:** September 16, 2025 at 5:18 PM
**To:** Manuel Quinto-Pozos mqp@ddollaw.com, Steven Shatsky SShatsky@G2SecureStaff.com
**Cc:** Susan Madrigal SMadrigal@G2SecureStaff.com

You will meet with me. Thanks.

---

**From:** Manuel Quinto-Pozos <mqp@ddollaw.com>
**Sent:** Tuesday, September 16, 2025 4:32:11 PM
**To:** Steven Shatsky <SShatsky@G2SecureStaff.com>; Chris Elliott <CElliott@G2SecureStaff.com>
**Cc:** Susan Madrigal <SMadrigal@G2SecureStaff.com>
**Subject:** Re: List of pending SEIU Texas arbitration matters

> **Caution:** This is an external email and may be malicious. Please confirm the email address/domain before replying, opening any attachments or URLs. If you have any questions please send an email to ITSupport@g2securestaff.com.

Thank you, Steve.

Should I be meeting with Steve or with Chris?

I understand that the most recent grievance meeting was held regarding ▇▇▇▇▇▇▇▇. The Union is invoking arbitration as it pertains to that dispute. I believe all other matters referenced below have gone through all the grievance steps, and that the Union has previously made the arbitration request as to all of them.

Best regards,

Manuel Quinto-Pozos (he/him/él)

Deats Durst & Owen PLLC

737-205-1024 (direct)

---

**From:** Steven Shatsky <SShatsky@G2SecureStaff.com>
**Sent:** Tuesday, September 16, 2025 12:23 PM
**To:** Manuel Quinto-Pozos <mqp@ddollaw.com>; Chris Elliott <CElliott@G2SecureStaff.com>
**Cc:** Susan Madrigal <SMadrigal@G2SecureStaff.com>
**Subject:** Re: List of pending SEIU Texas arbitration matters

I have limited availability on Monday/Tuesday next week and will be unavailable after those dates until the following week.

-Steve

**Steven Shatsky**
Director - IAH Operations

**Menzies Aviation**
Houston Bush Intercontinental Airport. USA.
T +1 617 583 2016 (m)

People. Passion. Pride. Since 1833.



---

**From:** Manuel Quinto-Pozos <mqp@ddollaw.com>
**Sent:** Tuesday, September 16, 2025 9:15 AM
**To:** Chris Elliott <CElliott@G2SecureStaff.com>
**Cc:** Susan Madrigal <SMadrigal@G2SecureStaff.com>; Steven Shatsky <SShatsky@G2SecureStaff.com>
**Subject:** Re: List of pending SEIU Texas arbitration matters

> **Caution:** This is an external email and may be malicious. Please confirm the email address/domain before replying, opening any attachments or URLs. If you have any questions please send an email to ITSupport@g2securestaff.com.

Hello Chris, Susan and Steven,

I hope bargaining is going well. Can you let me know some dates and times we can talk next week?

Additionally, can one of you give me the employee names from the list below that have not completed all the grievance steps? I understand that, as of last week, all of them have gone through all the steps. I hereby reassert or demand/request for arbitration for those cases that completed the grievance steps.

Finally, I would like to secure Dana Eischen for all three January dates he offered, since we have more than 3 cases that we need to arbitrate. Can one of you let me know if you agree with this plan?

Best regards,


Manuel Quinto-Pozos (he/him/él)

Deats Durst & Owen PLLC

737-205-1024 (direct)

---

**From:** Chris Elliott <CElliott@G2SecureStaff.com>
**Sent:** Thursday, September 11, 2025 1:46 PM
**To:** Manuel Quinto-Pozos <mqp@ddollaw.com>
**Cc:** Susan Madrigal <SMadrigal@G2SecureStaff.com>; Steven Shatsky <SShatsky@G2SecureStaff.com>
**Subject:** Re: List of pending SEIU Texas arbitration matters

Manuel,

 We are still reviewing the list you sent. Some on the list are scheduled for a Step 1 grievance meeting, so we will need to better understand the Union's timeline.

I'll be in negotiations next week with SEIU 32BJ in NY & DC, so perhaps you and I can have a follow-up call the following week (Sept 22)?

Let me know your thoughts.

Thanks,

---

**From:** Manuel Quinto-Pozos <mqp@ddollaw.com>
**Sent:** Thursday, September 11, 2025 11:33 AM
**To:** Chris Elliott <CElliott@G2SecureStaff.com>
**Cc:** Susan Madrigal <SMadrigal@G2SecureStaff.com>
**Subject:** Re: List of pending SEIU Texas arbitration matters

> **Caution:** This is an external email and may be malicious. Please confirm the email address/domain before replying, opening any attachments or URLs. If you have any questions please send an email to ITSupport@g2securestaff.com.

Hello Chris,

I hope you're well. Can you let me know what you were able to sort out regarding these cases?

Many thanks,

Manuel Quinto-Pozos (he/him/él)
Deats Durst & Owen PLLC
8140 N. Mopac Expy, Suite 4-250
Austin, Texas 78759
737-205-1024 (direct) / 512-474-6200 x 1003

> On Sep 3, 2025, at 4:54 PM, Chris Elliott <CElliott@G2SecureStaff.com> wrote:
>
> Thank you, Manuel. I appreciate it.
>
> Let me pull together the information on these. I'll follow up with you next week.
>
> **From:** Manuel Quinto-Pozos <mqp@ddollaw.com>
> **Sent:** Wednesday, September 3, 2025 4:20 PM
> **To:** Chris Elliott <CElliott@G2SecureStaff.com>
> **Subject:** List of pending SEIU Texas arbitration matters
>
>> **Caution:** This is an external email and may be malicious. Please confirm the email address/domain before replying, opening any attachments or URLs. If you have any questions please send an email to ITSupport@g2securestaff.com.
>
> Hello Chris,
>
> Nice speaking with you today.
>
> Here is a list of the matters that, according to my records, are pending between SEIU Texas and G2. Some of them were already my cases. Others I am taking over from Rod Tanner.



> I look forward to moving these cases forward with your help.
>
> Best regards,
>
> Manuel Quinto-Pozos (he/him/él)
> Deats Durst & Owen PLLC
> 8140 N. Mopac Expy, Suite 4-250
> Austin, Texas 78759
> 737-205-1024 (direct) / 512-474-6200 x 1003

Ex 3. SEIUTX-G2 Sept Emails_Redacted.pdf