# EXHIBIT 4

|  |  |
|---|---|
| **From:** | Manuel Quinto-Pozos mqp@ddollaw.com |
| **Subject:** | Re: System Board of Adjustment selection (SEIU Texas and G2 Secure Staff LLC) |
| **Date:** | October 2, 2025 at 2:49 PM |
| **To:** | Dana Edward Eischen deearb@gmail.com |
| **Cc:** | Chris Elliott CElliott@g2securestaff.com |



Dear Arbitrator Eischen,

Thank you for your patience and for following up.

The parties have several open disputes. If Mr. Elliott agrees, I would like to propose that we reserve all three mid-January dates.

Best regards,

Manuel Quinto-Pozos (he/him/él)
Deats Durst & Owen PLLC
737-205-1024 (direct)

---

**From:** Dana Edward Eischen <deearb@gmail.com>
**Sent:** Thursday, October 2, 2025 4:37 PM
**To:** Manuel Quinto-Pozos <mqp@ddollaw.com>
**Cc:** Chris Elliott <CElliott@g2securestaff.com>
**Subject:** Re: System Board of Adjustment selection (SEIU Texas and G2 Secure Staff LLC)

Counsel
Would you kindly update?
Thanks
DEE

Sent from Gmail Mobile

> On Mon, Sep 15, 2025 at 10:54 AM Dana Edward Eischen <deearb@gmail.com> wrote:
> Counsel
> I look forward to working with you.  My arbitration hearing docket is fully booked through the end of 2025.
>
> At this time I can proffer January 13,14 or 15,2026, subject to potential prior booking until jointly confirmed.
>
> Would you kindly acknowledge and advise at your earliest convenience?
> Regards,
> DEE
>
> Sent from Gmail Mobile
>
>> On Thu, Sep 11, 2025 at 10:34 AM Manuel Quinto-Pozos <mqp@ddollaw.com> wrote:
>> Dear Mr. Eischen,
>>
>> Thank you so much for your reply, and I apologize for the delay.
>>
>> The parties are available for zoom proceedings. Would you kindly inform us about your availability in October and thereafter?
>>
>> Much appreciated,
>>
>> Manuel Quinto-Pozos (he/him/él)
>> Deats Durst & Owen PLLC
>> 8140 N. Mopac Expy, Suite 4-250
>> Austin, Texas 78759
>> 737-205-1024 (direct) / 512-474-6200 x 1003

> On Sep 2, 2025, at 1:41 PM, Dana Edward Eischen <deearb@gmail.com> wrote:
>
> Counsel
>
> Thank you for asking me to work with you again. I am pleased to accept the case. Attached for ready reference is my current CV/Terms of Engagement.
>
> My recollection is our last hearing together was conducted on Zoom. Are you and your clients amenable to a virtual hearing of this matter? Family medical issues still bar me from air travel and in-person meetings.
>
> We all would prefer in-person but, that said, since 2021 I have succesfully conducted more than 275 Zoom/Teams/Webex vitrual arbitration hearings and a dozen virtual mediations for a wide range of clients, including ATT/CWA, GENERAL MOTORS/UAW, DELTA/ALPA, HORIZON/IBT, UAL/IBT, UAL/PAFCA, AA/TWU-IAMAW, AA/APA, SOUTHWEST/SWAPA, GS SECURE STAFFING/SEIU, FEDEX/ALPA, ATLAS/IBT, ALLEGIANT/IBT, MAG/ALPA, REPUBLIC/IBT, PROSPECT AIRPORT SERVICES/SEIU, PRATT &WHITNEY/IAMAW, etc.
>
> My office has years of experience, proficiency and protocols developedfor virtual hearrings, which produce full fair proceedings and case records for which clients uniformly have expressed satisfaction.
>
> Would you kindly advise whether a virtual hearing is mutually acceptable?
>
> Regards,
> DEE
>
> On Tue, Sep 2, 2025 at 10:29 AM Manuel Quinto-Pozos <mqp@ddollaw.com> wrote:
>> Dear Arbitrator Eischen,
>>
>> Greetings. You have been selected to be a member of a System Board of Adjustment pursuant to an agreement between SEIU Texas and G2 Secure Staff LLC, pertaining to G2's discharge of an employee represented by SEIU Texas ("the Union"). The parties' agreement is attached.
>>
>> Would you kindly reply all to inform us whether you accept the selection/appointment?
>>
>> We thank you in advance,
>>
>> Manuel Quinto-Pozos (he/him/él)
>> Deats Durst & Owen PLLC
>> 8140 N. Mopac Expy, Suite 4-250
>> Austin, Texas 78759
>> 737-205-1024 (direct) / 512-474-6200 x 1003
>
>
> --
> DANA EDWARD EISCHEN
> ATTORNEY AT LAW
> PO BOX 730
> SPENCER, NY 14883
> T. 607-589-6261
>
>
> <2025 CV:Terms of Engagement.pdf>

Ex 4. SEIUTX Emails with Neutral.pdf

Ex 4. SEIUTX Emails with Neutral.pdf