# DEATS, DURST & OWEN P.L.L.C.

Attorneys & Counselors

8140 N Mopac Expressway
Building 4, Suite 250
Austin, TX 78759
512-474-6200
512-474-7896 (Fax)

Martha P. Owen (Of Counsel)
Matt Bachop
Manuel Quinto-Pozos

Philip Durst (1956-2019)

October 10, 2025

VIA EFILING

U.S. District Clerk's Office
Southern District of Texas
Houston Division
515 Rusk Street
Houston, TX 77002

RE: Request for Issuance of Summons
*SEIU Texas v. G2 Secure Staff, LLC* (Case No. 4:25-cv-04866)

Dear Clerk of Court,

Please see the attached form for Summons in a Civil Action (form AO 440), in relation to the above-captioned matter.

Please do not hesitate to contact me if there are any questions.

Respectfully,

Manuel Quinto-Pozos
*Attorney for Plaintiff SEIU Texas*

Encl.

## CERTIFICATE OF SERVICE

I, the undersigned attorney for the Plaintiff, hereby certify that this document has been electronically served on the following on this 10th day of October, 2025.

Chris Elliott
CElliott@G2SecureStaff.com

Steven Shatsky
SShatsky@G2SecureStaff.com

Susan Madrigal
SMadrigal@G2SecureStaff.com

/s/ Manuel Quinto-Pozos
Manuel Quinto-Pozos