# DEATS, DURST & OWEN P.L.L.C.

Attorneys & Counselors

2901 Bee Caves Rd
Suite L
Austin, Texas 78746
512-474-6200
512-474-7896 (Fax)

Martha P. Owen [Of Counsel]
Matt Bachop
Manuel Quinto-Pozos
Philip Durst (1956-2019)

October 28, 2025

VIA EFILING

U.S. District Clerk's Office
Southern District of Texas
Houston Division
515 Rusk Street
Houston, TX 77002

      RE:    Executed Waiver of Service
               *SEIU Texas v. G2 Secure Staff, LLC* (Case No. 4:25-cv-04866)

Dear Clerk of Court,

Please see the attached Waiver of Service form, executed by Defendant's counsel in relation to the above-captioned matter.

Please do not hesitate to contact me if there are any questions.

                                                       Respectfully,

                                                       /s/ Manuel Quinto-Pozos
                                                     Manuel Quinto-Pozos
                                                   *Attorney for Plaintiff SEIU Texas*

Encl.

## CERTIFICATE OF SERVICE

    I, the undersigned attorney for the Plaintiff, hereby certify that this document has been electronically served on the following on this 28th day of October, 2025.

    John R. FitzGerald
    Foley & Lardner LLP
    jfitzgerald@foley.com

                                                       /s/ Manuel Quinto-Pozos
                                                     Manuel Quinto-Pozos

