UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| SEIU TEXAS<br>      Plaintiff<br><br>v.<br><br>G2 SECURE STAFF, LLC<br>      Defendant | Case No. 4:25-cv-4866 |

## SEIU TEXAS' DISCLOSURE OF INTERESTED PERSONS

Plaintiff SEIU Texas files this certificate of interested persons.

On its own behalf, SEIU Texas certifies that it is unaware of persons, association of persons, firms, partnerships, corporations, affiliates, parent corporations or other entities that are financially interested in the outcome of this litigation.

Respectfully submitted,

/s/ Manuel Quinto-Pozos
Manuel Quinto-Pozos
Texas Bar No. 24170459
DEATS DURST & OWEN PLLC
2901 Bee Caves Rd., Suite L
Austin, Texas 78746
512-474-6200
512-474-7896 (fax)
mqp@ddollaw.com

## CERTIFICATE OF SERVICE

I, the undersigned attorney for the Plaintiff, hereby certify that this document has been electronically served on the following on this 15th day of December, 2025.

John R. FitzGerald
Foley & Lardner LLP
jfitzgerald@foley.com

/s/ Manuel Quinto-Pozos
Manuel Quinto-Pozos

1