UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SEIU TEXAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:25-cv-4866 |
| | ) |
| G2 SECURE STAFF, LLC, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT G2 SECURE STAFF, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT AND TO ADJOURN THE INITIAL PRETRIAL CONFERENCE**

Defendant G2 Secure Staff, LLC ("G2"), by and through its counsel, Foley & Lardner LLP, respectfully moves this Court to extend G2's time to respond to Plaintiff SEIU Texas' ("Plaintiff") Complaint ("Complaint") and to adjourn the Initial Pretrial and Scheduling Conference currently set for January 22, 2026 at 10:00 AM. G2 and Plaintiff are collectively referred to herein as the "Parties." In support of its motion, G2 respectfully shows the Court the following:

1. Plaintiff filed its Complaint on October 10, 2025.

2. G2 waived serve of the summons and its response to the Complaint is due to be filed on or before December 19, 2025.

3. Since the filing of the Complaint, the Parties have engaged in good-faith settlement discussions.

4. G2 has devoted its efforts to pursuing an amicable resolution of this matter and seeks a brief extension of time to allow those settlement discussions to continue and potentially resolve the matter without further litigation.

1

2

5.     Accordingly, G2 respectfully requests that the Court grant it an extension of thirty-one (31) days, until Monday, January 19, 2026, to file its response to the Complaint.

6.     This is G2's first requested extension to file its response to the Complaint. This extension is not sought for the purpose of delay and is necessary to allow G2 sufficient time to proceed with settlement negotiations and/or diligently investigate Plaintiff's claims and frame its response.

7.     Additionally, an Initial Pretrial and Scheduling Conference is currently scheduled for January 22, 2026 at 10:00 AM. Counsel for Plaintiff has an arbitration hearing scheduled at that time. Therefore, the Parties respectfully request that the Court reschedule the Initial Pretrial and Scheduling Conference to a later date.

WHEREFORE, G2 respectfully requests that the Court (1) grant this Motion; (2) enter an order extending G2's time to respond to the Complaint until January 19, 2026; and (3) enter an order rescheduling the Initial Pretrial and Scheduling Conference to a later date.

Dated: December 17, 2025          Respectfully submitted,

*/s/ Ayah Housini*
Ayah Housini, Attorney-in-Charge
TX Bar No. 24137330
SDTX Federal No. 3899583
Foley & Lardner LLP
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Tele:  214.999.3259
Fax:  214.999.4667
ahousini@foley.com

John R. FitzGerald (*pro hac vice* forthcoming)
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202
Tele: 414.297.5079
Fax:  414.297.4900
jfitzgerald@foley.com

*Attorneys for Defendant G2 Secure Staff, LLC*

**CERTIFICATE OF CONFERENCE**

I HEREBY CERTIFY that on December 15, 2025, counsel for Defendant conferred with counsel for Plaintiff regarding the relief requested in this Motion. Counsel for Plaintiff has indicated that Plaintiff is unopposed to the Motion.

*/s/ Ayah Housini*
Ayah Housini

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 17, 2025, a true and correct copy of the foregoing Defendant G2 Secure Staff, LLC's Motion for Extension of Time to File Response to Complaint was served via the Court's ECF notice system on all registered ECF filers who have appeared in this action.

*/s/ Ayah Housini*
Ayah Housini
