UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SEIU TEXAS, | ) |
|       Plaintiff, | ) |
|       vs. | ) Case No. 4:25-cv-4866 |
| G2 SECURE STAFF, LLC, | ) |
|       Defendant. | ) |

**PROPOSED ORDER GRANTING DEFENDANT G2 SECURE STAFF, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT AND TO ADJOURN THE INITIAL PRETRIAL CONFERENCE**

THIS CAUSE comes before the Court on Defendant G2 Secure Staff, LLC's ("G2") Unopposed Motion for Extension of Time to File Response to Complaint and to Adjourn the Initial Pretrial Conference (the "Motion"). The Court, after considering the Motion, the arguments of counsel, if any, and any responses or replies thereto, finds that the Motion is meritorious, good cause has been shown, and the Motion should be in all things **GRANTED**.

It is therefore **ORDERED** that the Motion is **GRANTED**.

It is further **ORDERED** that G2's deadline to file a response to Plaintiff SEIU Texas' Complaint is hereby extended until January 19, 2026.

It is further **ORDERED** that the Initial Pretrial and Scheduling Conference, currently set for January 22, 2026 at 10:00 AM by video, shall be rescheduled to a later date.

**IT IS SO ORDERED**.

_____    _____
Dated                                                            The Honorable District Court Judge