| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25-cv-4866 |
|---|---|---|---|

| SEIU Texas |
|---|
| *versus* |
| G2 Secure Staff, LLC |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | John R. FitzGerald<br>Foley & Lardner LLP<br>777 East Wisconsin Avenue<br>Milwaukee, WI 53202<br>414-297-5079; jfitzgerald@foley.com<br>WI; 1120150 |
|---|---|

| Name of party applicant seeks to appear for: | G2 Secure Staff, LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 12/17/2025 | Signed: | /s/ John R. FitzGerald |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

## Order

**This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                                United States District Judge