UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SEIU TEXAS, <br><br>  Plaintiff, <br><br> vs. <br><br> G2 SECURE STAFF, LLC, <br><br>  Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 4:25-cv-4866 <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Taylor Appling of Foley & Lardner LLP hereby enters her appearance as counsel and attorney-in-charge for Defendant G2 Secure Staff, LLC ("G2") in the above-referenced matter and request that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon them at the following address:

Taylor Appling
**FOLEY & LARDNER LLP**
TX State Bar No. 24092628
Federal ID: 2513904
1000 Louisiana St., Suite 2000
Houston, Texas 77002
Telephone: 713-276-5500
Facsimile: 713-276-5555
tappling@foley.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers, without limitation, objections, notices of hearings, orders, pleadings, motions, applications, complaints, demands, requests, petitions, disclosure statements, memoranda, briefs and any other documents brought before this Court with respect to these proceedings, whether

formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telegraph, or telefax.

Dated: January 9, 2025

Respectfully submitted,

*/s/ Taylor Appling*
Taylor Appling
Attorney-In-Charge
TX State Bar No. 24092628
SDTX Federal No. 2513904
1000 Louisiana St., Suite 2000
Houston, Texas 77002
Telephone: 713-276-5500
Fax: 713-276-5555
tappling@foley.com

Ayah Housini
TX State Bar No. 24137330
SDTX Federal No. 3899583
Foley & Lardner LLP
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Tele: 214.999.3259
Fax: 214.999.4667
ahousini@foley.com

John R. FitzGerald (*pro hac vice* forthcoming)
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202
Tele: 414.297.5079
Fax: 414.297.4900
jfitzgerald@foley.com

**Attorneys for Defendant G2 Secure Staff, LLC**

## **CERTIFICATE OF SERVICE**

I certify that I caused the foregoing document to be filed on January 9, 2026, using the Court's CM/ECF System which caused it to be served upon those parties registered in the system to receive such service.

                                         */s/ Taylor Appling*
                                         Taylor Appling