UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SEIU TEXAS,<br><br>        Plaintiff,<br><br>   vs.<br><br>G2 SECURE STAFF, LLC,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)    Case No. 4:25-cv-4866<br>)<br>)<br>)<br>) |

## **DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW COUNSEL**

Pursuant to Rule 83.2 of the Local Rules of the United States District Court for the Southern District of Texas, Ayah Housini ("Ms. Housini") respectfully requests the Court's permission to withdraw as counsel of record for Defendant G2 Secure Staff, LLC's ("Defendant"), and would show the Court as follows:

1.      Defendant has retained the law firm Foley & Lardner LLP ("Foley") to defend itself in the above-captioned lawsuit.

2.      On December 17, 2025, Ms. Housini entered her appearance as counsel for Defendant through the filing of *Defendant's Unopposed Motion for Extension of Time to File Response to Complaint and to Adjourn the Initial Pretrial Conference*.

3.      On December 17, 2025, John R. FitzGerald ("Mr. FitzGerald") with Foley also filed his motion to appear pro hac vice as counsel for Defendant. Mr. Fitzgerald's pro hac vice application is still pending.

4.      On January 9, 2025, Taylor Appling ("Ms. Appling") with Foley entered her appearance as counsel and attorney in charge for Defendant.

1

5.      Ms. Housini will be departing Foley as an associate effective January 9, 2026, and will no longer be working on the above-captioned matter. Accordingly, it is necessary that Ms. Housini withdraw from representing Defendant, and good cause exists for the Court to grant this request.

6.      Defendant will continue to be represented by Ms. Appling and Mr. FitzGerald. Their contact information is below:

> **FOLEY & LARDNER LLP**
> Taylor Appling
> 1000 Louisiana St., Suite 2000
> Houston, Texas 77002
> Telephone: 713-276-5500
> Fax: 713-276-5555
> tappling@foley.com
>
> John R. FitzGerald
> 777 East Wisconsin Avenue
> Milwaukee, WI 53202
> Tele: 414.297.5079
> Fax:  414.297.4900
> jfitzgerald@foley.com

7.      As such, the withdrawal of Ms. Housini will not result in Defendant being unrepresented and will not delay these proceedings.

8.      Plaintiff does not oppose this motion.

9.      For the reasons set forth above, Ms. Housini requests that this motion be in all things granted and that the Court sign an order permitting her to withdraw and be discharged as counsel of record for Defendant.

2

Dated: January 9, 2025                    Respectfully submitted,


                                          /s/ Ayah Housini
                                          Taylor Appling
                                          Attorney-In-Charge
                                          TX State Bar No. 24092628
                                          SDTX Federal No. 2513904
                                          1000 Louisiana St., Suite 2000
                                          Houston, Texas 77002
                                          Telephone: 713-276-5500
                                          Fax: 713-276-5555
                                          tappling@foley.com

                                          Ayah Housini
                                          TX State Bar No. 24137330
                                          SDTX Federal No. 3899583
                                          Foley & Lardner LLP
                                          2021 McKinney Avenue, Suite 1600
                                          Dallas, TX 75201
                                          Tele:  214.999.3259
                                          Fax:  214.999.4667
                                          ahousini@foley.com

                                          John R. FitzGerald (pro hac vice forthcoming)
                                          Foley & Lardner LLP
                                          777 East Wisconsin Avenue
                                          Milwaukee, WI 53202
                                          Tele: 414.297.5079
                                          Fax:  414.297.4900
                                          jfitzgerald@foley.com

                                          *Attorneys for Defendant G2 Secure Staff, LLC*


## CERTIFICATE OF CONFERENCE

I hereby certify that I contacted Plaintiff's counsel via email correspondence and Plaintiff confirmed they are unopposed to the relief stated herein.


                                          /s/ Ayah Housini
                                          Ayah Housini

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2026, a true and correct copy of the foregoing was served via the electronic court filing system on all counsel of record.

/s/ *Ayah Housini*
Ayah Housini