United States District Court
Southern District of Texas
**ENTERED**
January 12, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SEIU TEXAS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:25-cv-4866 |
| G2 SECURE STAFF, LLC, | ) ) ) |
| Defendant. | ) |

## ORDER ON DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW COUNSEL

Before the Court is Defendant G2 Secure Staff, LLC's ("Defendant") Unopposed Motion to Withdraw as Counsel (the "Motion"). After careful consideration and a finding of good cause, the Court finds that the Motion should be in all things **GRANTED**.

It is, therefore, **ORDERED** that the Motion is hereby **GRANTED.**

It is further **ORDERED** that Ayah Housini ("Ms. Housini") is given leave to withdraw as counsel for Defendant, and is hereby considered withdrawn as counsel for Defendant for all purposes.

It is further **ORDERED** that Defendant shall continue to be represented by attorney-in-change Taylor Appling and John R. FitzGerald with FOLEY & LARDNER LLP, and that the withdrawal of Ms. Housini shall not delay the proceedings in this matter.

Signed 12th day of January, 2026.

*George C. Hanks Jr*
United States District Court Judge