United States District Court
Southern District of Texas

**ENTERED**
January 12, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25-cv-4866 |
|---|---|---|---|

| SEIU Texas |
|---|
| *versus* |
| G2 Secure Staff, LLC |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | John R. FitzGerald<br>Foley & Lardner LLP<br>777 East Wisconsin Avenue<br>Milwaukee, WI 53202<br>414-297-5079; jfitzgerald@foley.com<br>WI; 1120150 |
|---|---|

| Name of party applicant seeks to appear for: | G2 Secure Staff, LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No   ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 12/17/2025 | Signed: /s/ John R. FitzGerald |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: January 12, 2026 | Clerk's signature  *Kimberly Picota* |

### Order

Dated: January 12, 2026

This lawyer is admitted *pro hac vice*.

*George C. Hanks Jr*
United States District Judge