**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

SEIU Texas

v.  Case Number: 4:25−cv−04866

G2 Secure Staff, LLC

---

**NOTICE OF HEARING**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Initial Conference set for 2/19/2026 at 10:00 AM before Magistrate Judge Peter Bray, by video.

Date: January 14, 2026

Nathan Ochsner, Clerk, Clerk
s/ 4 JasonMarchand, Deputy Clerk