UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SEIU TEXAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:25-cv-4866 |
| ) | |
| G2 SECURE STAFF, LLC, ) | |
| ) | |
| Defendant. ) | |

**JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY PENDING DEADLINES**

Defendant G2 Secure Staff, LLC ("G2"), by and through its counsel, Foley & Lardner LLP, and Plaintiff, SEIU Texas ("SEIU" and collectively with G2, the "Parties"), by its undersigned counsel, Deats Durst & Owen PLLC, provide notice to this Court that the Parties have reached a settlement in principle, and respectfully move this Court to stay all pending deadlines. In support of the Motion, the Parties state as follows:

1. Plaintiff SEIU filed its Complaint on October 10, 2025. *See* Dkt. 1.

2. Over the past few months, the Parties have engaged in settlement negotiations.

3. On or about January 14, 2026, the Parties reached a settlement in principle.

4. In the interests of saving the Court's and the Parties' resources, the Parties wish to stay all current deadlines while the Parties draft and execute a final settlement agreement.

5. This request is made in good faith and without intent to cause undue delay or expense to the parties or to the Court.

**WHEREFORE**, the parties respectfully move this Court to stay all current deadlines while the Parties finalize and execute a settlement agreement.

1

Dated: January 15, 2026.

| | |
|---|---|
| /s/ Manuel Quinto-Pozos | /s/ *John R. FitzGerald* |
| Manuel Quinto-Pozos | Taylor Appling, Attorney-in-Charge |
| Texas Bar No. 24170459 | TX Bar No. 24092628 |
| DEATS DURST & OWEN PLLC | SDTX Federal No. 2513904 |
| 8140 N. Mopac Expy. | Foley & Lardner LLP |
| Suite 4-250 | 1000 Louisiana St., Suite 2000 |
| Austin, Texas 78759 | Houston, Texas 77002 |
| 512-474-6200 | Tele: 713-276-5500 |
| 512-474-7896 (fax) | Fax: 713-276-5555 |
| mqp@ddollaw.com | tappling@foley.com |
| | |
| *Attorneys for Plaintiff SEIU Texas* | John R. FitzGerald (*pro hac vice*) |
| | Foley & Lardner LLP |
| | 777 East Wisconsin Avenue |
| | Milwaukee, WI 53202 |
| | Tele: 414.297.5079 |
| | Fax: 414.297.4900 |
| | jfitzgerald@foley.com |
| | |
| | *Attorneys for Defendant G2 Secure Staff, LLC* |

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on January 15, 2026 a true and correct copy of the foregoing document was filed electronically and served on all counsel of record via the Court's electronic filing system.

                                                         */s/ John R. FitzGerald*
                                                           John R. FitzGerald