UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SEIU TEXAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:25-cv-4866 |
| | ) |
| G2 SECURE STAFF, LLC, | ) |
| | ) |
| Defendant. | ) |

**PROPOSED ORDER GRANTING JOINT MOTION TO STAY PENDING DEADLINES**

THIS CAUSE comes before the Court on Defendant G2 Secure Staff, LLC's ("G2") and Plaintiff SEIU Texas's ("SEIU") Joint Notice of Settlement and Motion to Stay Pending Deadlines (the "Motion"). The Court, after considering the Motion, the arguments of counsel, if any, and any responses or replies thereto, finds that the Motion is meritorious, good cause has been shown, and the Motion should be in all things **GRANTED**.

It is therefore **ORDERED** that the Motion is **GRANTED**.

It is further **ORDERED** that all pending deadlines are stayed.

**IT IS SO ORDERED**.

_____          _____
Dated                                                                 The Honorable District Court Judge