United States District Court
Southern District of Texas
**ENTERED**
January 20, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| SEIU Texas, | § | |
| *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION 4:25−cv−04866 |
| G2 Secure Staff, LLC, | § § § | |
| *Defendant.* | § | |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that a settlement has been reached between the parties. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, unless any party represents in writing filed with the Court on or before **March 23, 2026** that the settlement could not be completely documented.

All pending motions are hereby **DENIED, as moot.**

Signed the 20th of January 2026.

_____
George C. Hanks, Jr.
United States District Judge